**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-6706**

—————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CLEVON S. EDWARDS, a/k/a Wookie,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:03-cr-00204-JAG-3)

—————————

Submitted:  November 25, 2025                    Decided:  December 2, 2025

—————————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Clevon S. Edwards, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clevon S. Edwards appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no reversible error. *See United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013) (explaining standard of review for district court's order resolving § 3582(c)(2) motion). Accordingly, we affirm the district court's order. *United States v. Edwards*, No. 3:03-cr-00204-JAG-3 (E.D. Va. July 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*